TRINA A. HIGGINS, United States Attorney (#7349)
KEVIN L. SUNDWALL, Assistant United States Attorney (#6341)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 01 '24 PM 12:18

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. DAVID WAYNE SHUCK, Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT 1: 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender.<br><br>Case: 2:24-cr-00152<br>Assigned To : Campbell, Tena<br>Assign. Date : 4/30/2024 |
|---|---|

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 2250(a)
(Failure to Register as a Sex Offender)

Beginning on or about March 4, 2024, and continuing to at least, March 31, 2024, in the District of Utah and elsewhere,

DAVID WAYNE SHUCK,

defendant herein, an individual required to register under the Sex Offender Registration and Notification Act, who traveled in interstate commerce, did knowingly fail to register

and update a registration as required by the Sex Offender Registration and Notification Act; all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

/S/
---
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
KEVIN L. SUNDWALL
Assistant United States Attorney

2